```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 42857
   BETTYE JEAN ROBINSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6406


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/03/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID             PAID
-----------------------------------------------------------------------
ACCESS CREDIT UNION        UNSECURED          869.44          .00            869.44
ASPIRE                     UNSECURED          473.60          .00            473.60
CAPITAL ONE                UNSECURED          347.77          .00            347.77
CAPITAL ONE                UNSECURED          355.89          .00            355.89
ILLINOIS TITLE LOANS PAY   UNSECURED       NOT FILED          .00               .00
INSTANT CASH               UNSECURED       NOT FILED          .00               .00
ONE IRON VENTURES INC      NOTICE ONLY    NOT FILED          .00               .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00               .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00               .00
PAYDAY LOAN STORE          UNSECURED       NOT FILED          .00               .00
SHORT TERM LOANS           UNSECURED          703.00          .00            703.00
TITLE LENDERS              UNSECURED       NOT FILED          .00               .00
UNIVERSAL LENDERS INC      UNSECURED         1276.58          .00           1276.58
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                            420.97
DEBTOR REFUND              REFUND                                             102.75

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   7,250.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       4,026.28
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                              420.97
DEBTOR REFUND                                     102.75
                         --------------       --------------
TOTALS                    7,250.00              7,250.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 42857 BETTYE JEAN ROBINSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE